IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| STEVEN J. ONYSKO,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>UTAH SUPREME COURT CHIEF JUSTICE MATTHEW B. DURRANT, in his official capacity, et al.,<br><br>　　　　　　　Defendants. | MEMORANDUM DECISION AND ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION IN PART AND DENYING DEFENDANTS' FIRST MOTION TO DISMISS AS MOOT<br><br><br>Case No. 2:25-cv-00115-TS-DAO<br><br>District Judge Ted Stewart<br>Magistrate Judge Daphne A. Oberg |

This matter comes before the Court on the Magistrate Judge's Report and Recommendation as to the Utah Court of Appeals Defendants' First Motion to Dismiss.[1] On February 20, 2026, the Magistrate Judge issued a Report and Recommendation regarding three motions. On March 13, 2026, the parties filed objections to the Report and Recommendations.[2] Neither Plaintiff or Defendants objected to the Magistrate Judge's recommendation to deny the First Motion to Dismiss as moot. At this time, the Court considers the Report and Recommendation as it pertains to that Motion only.

The Court has considered the materials in the file and the Report and Recommendation as it pertains to the First Motion to Dismiss, and agrees with the findings and conclusions therein. It is therefore

---

[1] Docket No. 36.

[2] Docket Nos. 42, 43.

ORDERED that the Magistrate Judge's Report and Recommendation (Docket No. 36) is ADOPTED IN PART; it is further

ORDERED that the First Motion to Dismiss (Docket No. 6) is DENIED AS MOOT.

DATED  March 25, 2026.

BY THE COURT:

_____
TED STEWART
United States District Judge